UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:08-CR-65 RM |
| | ) | |
| RICHARD HAGEN (4) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 23, 2008 [Doc. No. 60]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Richard Hagen's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(j).

SO ORDERED.

ENTERED: __October 14, 2008__

                                                  /s/ Robert L. Miller, Jr.
                                                Chief Judge
                                                United States District Court